**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                                  Case No. 13 B 23679

      Maurice Q. Hoof


      Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2013.

2) The plan was confirmed on 10/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/25/2014.

5) The case was Dismissed on 08/06/2014.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,630.28 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,630.28**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,555.28 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $75.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,630.28**

Attorney fees paid and disclosed by debtor:     $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 Fast Cash | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 510.00 | 227.00 | 227.00 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 800.00 | 886.68 | 886.68 | 0.00 | 0.00 |
| AT&T | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 500.00 | NA | NA | Desc | 0.00 |
| Cash Web Usa | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chicago Public Library | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,959.20 | 2,899.20 | 2,899.20 | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Ebony Whitaker | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Enhancrcvrco | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Four Leaf Properties | Secured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| Four Leaf Properties | Secured | 301.30 | 0.00 | 301.30 | 0.00 | 0.00 |
| Global Payments | Unsecured | 51.00 | 26.90 | 26.90 | 0.00 | 0.00 |
| Global Payments | Unsecured | 51.00 | 51.90 | 51.90 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Secured | 600.00 | 3,524.84 | 600.00 | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | NA | 2,924.84 | 2,924.84 | 0.00 | 0.00 |
| John H. Stroger Hospital | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| National Credit System | Unsecured | 3,964.00 | 3,964.00 | 3,964.00 | 0.00 | 0.00 |
| Orion | Unsecured | 509.00 | 508.50 | 508.50 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 0.00 | 11,742.43 | 11,742.43 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Partners Federal Credit Union | Unsecured | 2,000.00 | 1,081.13 | 1,081.13 | 0.00 | 0.00 |
| Penn Credit Corporat | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 8,357.00 | 8,357.76 | 8,357.76 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 624.00 | 624.61 | 624.61 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 475.00 | 475.29 | 475.29 | 0.00 | 0.00 |
| Provident Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 381.30 | 381.30 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 175.00 | 131.57 | 131.57 | 0.00 | 0.00 |
| Robbins Health Center | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday.com | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sonnenschein Fnl Svcs | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| T Mobile | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 374.30 | NA | NA | 0.00 | 0.00 |
| Teco Gas Co. | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 438.00 | 281.39 | 281.39 | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 120.00 | 120.00 | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| USA Pay Day Loan | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| Village of Monee | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Village Of Orland Park | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $301.30 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $600.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$901.30** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$35,194.50** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,630.28 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,630.28** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/23/2015                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**